1  Joel E. Elkins (SBN 256020)
   jelkins@weisslawllp.com
2  **WEISSLAW LLP**
3  611 Wilshire Blvd., Suite 808
   Los Angeles, CA 90017
4  Telephone: 310/208-2800
   Facsimile:  310/209-2348
5
   *Attorneys for Plaintiff*
6

7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12  BRIAN JONES,                                ) Case No.  3:21-cv-08996-SK
                                                )
13              Plaintiff,                      )
                                                )
14       vs.                                    ) **NOTICE OF VOLUNTARY**
                                                ) **DISMISSAL**
15                                              )
    COLUMBIA PROPERTY TRUST, INC.,              )
16  CARMEN M. BOWSER, JOHN L. DIXON,            )
    DAVID B. HENRY, MURRAY J. MCCABE,           )
17  E. NELSON MILLS, CONSTANCE B.               )
    MOORE, MICHAEL S. ROBB, THOMAS G.           )
18  WATTLES, and FRANCIS X.                     )
    WENTWORTH, JR.,                             )
19                                              )
                                                )
20              Defendants.                     )
                                                )
21

22       PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),
23
    plaintiff Brian Jones ("Plaintiff") voluntarily dismisses the claims in the captioned action (the
24
    "Action").  Because this notice of dismissal is being filed with the Court before service by defendants
25
    of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective
26
    upon the filing of this notice.
27

28
                                           - 1 -
                         NOTICE OF VOLUNTARY DISMISSAL

| | |
|---|---|
| Dated: January 25, 2022 | **WEISSLAW LLP**<br>Joel E. Elkins<br><br>By: */s/ Joel E. Elkins*<br><br>Joel E. Elkins<br>611 Wilshire Blvd., Suite 808<br>Los Angeles, CA 90017<br>Telephone: 310/208-2800<br>Facsimile: 310/209-2348<br>       -and-<br>Richard A. Acocelli<br>305 Broadway, 7th Floor<br>New York, NY 10007<br>Telephone: 212/682-3025<br>Facsimile: 212/682-3010<br><br>*Attorneys for Plaintiff* |
| **OF COUNSEL:**<br><br>**BRAGAR EAGEL & SQUIRE, P.C.**<br>Alexandra B. Raymond<br>810 Seventh Avenue, Suite 620<br>New York, NY 10019<br>Tel: (646) 860-9158<br>Fax: (212) 214-0506<br>Email: raymond@bespc.com<br><br>*Attorneys for Plaintiff* | |